## The State v. Rhodes.

CRIMINAL LAW: INDICTMENT: LARCENY.

*Appeal from Mahaska District Court.*

SATURDAY, APRIL 20.

*W. S. Kenworthy* and *Ira W. Anderson*, for appellant

*J. F. McJunkin, Attorney General*, for the State.

PER CURIAM.—The defendant was convicted of larceny upon an indictment charging that defendant, "in the day-time, did feloniously break and enter into the dwelling-house of one W. K., then and there being with intent to commit a public offense, to-wit: the crime of larceny, and did then and there steal, take and carry away the personal goods and clothes of said W. K.; two blankets of the value of six dollars each," etc., etc., describing the property stolen as being of the value of forty-three dollars. From the judgment upon the verdict defendant appeals to this court.

It was held in *The State v. Ridley & Johnson, ante*, p. 370, that an indictment substantially in the form of the one in this case would not support a conviction for larceny. Following that case the judgment of the District Court is

REVERSED.